In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00491-CR
_____

CHRISTOPHER EUGENE GATSON, Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the 1st District Court**
**Jasper County, Texas**
**Trial Cause No. 10573JD**

**MEMORANDUM OPINION**

A jury convicted Christopher Eugene Gatson of aggravated robbery and the trial court sentenced Gatson to twenty years in prison. Gatson's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes Gatson's appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time for Gatson to file a *pro se* brief, but we received no response from Gatson. We have determined that this appeal is wholly frivolous. We have

1

independently examined the clerk's record and the reporter's record, and we agree that no arguable issues support an appeal. We find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN<br>
Chief Justice

Submitted on November 12, 2013
Opinion Delivered January 8, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]Gatson may challenge our decision by filing a petition for discretionary review. *See* Tex. R. App. P. 68.